UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SIBEL PJANIC,

                Plaintiffs,

    -against-                        22-cv-3833 (LAK)

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                Defendant.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2022

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Thursday, September 1, 2022, if the settlement has not been consummated by that date.

        SO ORDERED.

Dated:      August 2, 2022

                                        /s/ Lewis A. Kaplan (mab)
                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge